### HADNOTT v. STATE.
### No. 22681.

Court of Criminal Appeals of Texas.
Dec. 22, 1943.

Marvin P. McCoy and J. T. Kelley, both of Houston, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of theft from the person, and by the jury assessed a penalty of seven years' confinement in the State penitentiary.

No statement of facts or bills of exceptions appear in the record, in the absence of which no question has been presented for review. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.